**Avraham MORE–YOSSEF, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 09–71690.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2012.[*]

Filed Oct. 18, 2012.

Jesse Adams Moorman, III, Law Office of Judith Wood & Jesse Moorman, Los Angeles, CA, for Petitioner.

Yanal H. Yousef, Trial, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before: KLEINFELD and McKEOWN, Circuit Judges, and QUIST, Senior District Judge.[**]

MEMORANDUM [***]

Avraham More–Yossef, a native and citizen of Israel, petitions for review of an order of the Department of Homeland Security reinstating a June 10, 2007, order of removal against More–Yossef. We have jurisdiction under 8 U.S.C. § 1252 to review reinstatements of prior orders of removal, *see Morales–Izquierdo v. Gonzales*, 486 F.3d 484, 495–98 (9th Cir.2007) (en banc), and we dismiss in part and deny in part the petition for review.

The reinstatement order complies with immigration regulations. *See* 8 C.F.R. § 241.8.

We lack jurisdiction to consider More–Yossef's collateral challenge to his prior expedited removal order. *See Garcia de Rincon v. Dep't of Homeland Sec.*, 539 F.3d 1133, 1136, 1138–39 (9th Cir.2008).

**PETITION DISMISSED in part and DENIED in part.**

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] The Honorable Gordon J. Quist, Senior United States District Judge for the Western District of Michigan, sitting by designation.

[***] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.